UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MASON COMPANIES, INC.,

    Plaintiff,

           v.

AHMAD ISNAINI
d/b/a SHOEMALL.BLOGSPOT.COM,
d/b/a SHOEMALLKU,

    Defendant.

ENTRY OF DEFAULT

07-cv-522-bbc

---

    Plaintiff requests that the clerk of court enter default against defendant Ahmad Isnaini pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant Ahmad Isnaini has failed to appear, plead, or otherwise defend, the default of defendant Ahmad Isnaini is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

    Dated this 11th day of June, 2008.

                                                               /s/
                                                           Theresa M. Owens
                                                           Clerk of Court